■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JAMES COLVIN, Appellant. [53 NYS3d 579]—Motion for

writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, NeMoyer, Curran and Troutman, JJ.